IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kim Little *d/b/a Executive Resume Pro*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-4129-RMG |
| vs. ) | |
| ) | **ORDER** |
| Fashion Career Center LLC, Martin ) | |
| Weitzman, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff filed this action on October 23, 2014, and the summonses were issued on December 9, 2014. (Dkt. Nos. 1, 16). Under Fed. R. Civ. P. 4, Plaintiff was required to effect service by April 13, 2015. As of that date, Plaintiff had not filed returns of service, and nothing else in the docket indicated that Defendants had been served. Therefore, the Magistrate Judge issued an Report and Recommendation (R & R) advising Plaintiff that she had to provide proof of service to the Court within ten (10) days and that failure to do so may result in this case being dismissed. (Dkt. No. 18). Plaintiff has not filed proofs of service, shown good cause for her failure to serve Defendants, or otherwise responded to the R & R in any way. Therefore,

The Court **ADOPTS** the R & R (Dkt. No. 18) as an Order of this Court and **DISMISSES** this action without prejudice.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

May 5, 2014
Charleston, South Carolina

1